## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-40335 |
| | ) | |
| Sylwester Burzawa and | ) | |
| Paulina Burzawa, | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtors | ) | |
| | ) | Chapter 13 |
| Sylwester Burzawa and | ) | |
| Paulina Burzawa, | ) | |
| | ) | |
| Plaintiffs | ) | Adversary No. 11-02701 |
| | ) | |
| v. | ) | |
| JP Morgan Chase Bank, | ) | |
| | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW ON MOTION FOR DEFAULT JUDGMENT

At Chicago, IL, this 5th day of June, 2012, before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the said district and division.

This matter coming on for hearing on the motion of Plaintiffs, Sylwester Burzawa and Paulina Burzawa ("Plaintiffs"), for default judgment; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

The Court does hereby find as follows:

1. That on October 3, 2011, Plaintiffs filed a voluntary petition pursuant to Chapter 13 of Title 11, U.S.C.

2. That on December 29, 2011, Plaintiffs filed a complaint to determine validity, priority and extent of lien and to avoid junior mortgage of Defendant, JP Morgan Chase Bank ("Defendant") as to the real property commonly known as 409 Virginia Place, Wheeling, IL 60090.

3. That summons was issued on December 29, 2011, returnable January 30, 2012.

4. That service of summons was executed and filed on December 30, 2011.

5. That an alias summons was issued on February 22, 2012, returnable March 26, 2012.

6. That service of alias summons was executed and filed on February 25, 2012, attesting to service of the alias summons and complaint on an officer of Defendant as required by Rule 7004(h) of the Federal Rules of Bankruptcy Procedure.

7. That Defendant has neither filed an appearance nor filed any responsive pleading to the complaint.

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

a. That Defendant be, ~~and hereby is,~~ *having duly reported to orally been* adjudged and placed in default for failure to appear and answer or otherwise plead to the complaint. *Pursuant thereof all facts alleged in the complaint are taken as proven, and it to them*

b. That Plaintiff's motion for default judgment be, and hereby is, granted.

c. That the Court shall enter a judgment by separate order pursuant to Rule 9021 of the Federal Rules of Bankruptcy Procedure.

ENTER:

_____
Bankruptcy Judge

JUN 0 5 2012

*shall stand as conclusions of law.*

6/5/12

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267